AO 120 (Rev. 08/10)

| TO: **Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of Illinois on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 1:25-cv-09999 | 8/21/2025 | Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| El Baik Food Systems CO. S.A. | Al-Baik Foods Trading Private Limited |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | B. Irizarry | 1/26/2026 |

**Copy 1—Upon initiation of action, mail this copy to Director** **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director** **Copy 4—Case file copy**

Print Save As... Reset

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

El Baik Food Systems CO. S.A.

Plaintiff,

v.

Case No.: 1:25−cv−09999
Honorable Jorge L. Alonso

Al−Baik Foods Trading Private Limited, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 23, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the parties' joint status report. This case is dismissed without prejudice. Status hearing date of 1/27/26 is stricken. Civil case terminated. Notice mailed by Judge';s staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
January 26, 2026

# Exhibit A

# United States of America
## United States Patent and Trademark Office

البيك

**Reg. No. 4,966,838**

**Registered May 31, 2016**

**Int. Cls.: 29 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

EL BAIK FOOD SYSTEMS COMPANY S.A. (LUXEMBOURG SOCIÉTÉ ANONYME)
69, BOULEVARD DE LA PÉTRUSSE
L-2320 LUXEMBOURG
LUXEMBOURG

FOR: MEAT, PRESERVED AND DRIED FISH, CANNED FISH, FISH FILLETS, FROZEN FISH, AND POULTRY; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; EDIBLE OILS AND FATS; JELLIES, JAMS; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT, IN CLASS 29 (U.S. CL. 46).

FOR: RESTAURANT SERVICES, NAMELY, PROVIDING OF FOOD AND BEVERAGES FOR CONSUMPTION ON AND OFF THE PREMISES, IN CLASS 43 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF NON-LATIN ARABIC CHARACTERS IN THE COLOR RED.

OWNER OF INTERNATIONAL REGISTRATION 0958482 DATED 3-11-2008, EXPIRES 3-11-2018.

THE COLOR(S) RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE NON-LATIN CHARACTERS IN THE MARK TRANSLITERATE TO "AL BAIK" AND THIS MEANS "A TITLE GIVEN TO A GENTLEMAN OF A CERTAIN STATURE EQUIVALENT TO SIR OR BARON". IN ENGLISH.

SER. NO. 79-167,870, FILED 4-22-2015.

CHRISIE B. KING, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2025-07-30 12:49:23 EDT

**Mark:**

**US Serial Number:** 79167870

**Application Filing Date:** Apr. 22, 2015

**US Registration Number:** 4966838

**Registration Date:** May 31, 2016

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 71 declaration has been accepted.

**Status Date:** Jun. 17, 2023

**Publication Date:** Mar. 15, 2016

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of non-Latin Arabic characters in the color red.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) red is/are claimed as a feature of the mark.

**Translation:** The non-Latin characters in the mark transliterate to "AL BAIK" and this means "a title given to a gentleman of a certain stature equivalent to Sir or Baron". in English.

**Design Search Code(s):** 28.01.25 - Hieroglyphic characters; Inscriptions in other non-Latin characters; Inscriptions in other non-Latin characters, including Hieroglyphic characters

## Related Properties Information

**International Registration Number:** 0958482

**International Registration Date:** Mar. 11, 2008

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Meat, preserved and dried fish, canned fish, fish fillets, frozen fish, and poultry; preserved, dried and cooked fruits and vegetables; edible oils and fats; jellies, jams; eggs, milk and milk products excluding ice cream, ice milk and frozen yogurt

**International Class(es):** 029 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Restaurant services, namely, providing of food and beverages for consumption on and off the premises

**International Class(es):** 043 - Primary Class | **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No | **Currently Use:** No

**Filed ITU:** No | **Currently ITU:** No

**Filed 44D:** No | **Currently 44D:** No

**Filed 44E:** No | **Currently 44E:** No

**Filed 66A:** Yes | **Currently 66A:** Yes

**Filed No Basis:** No | **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** EL BAIK FOOD SYSTEMS Company S.A.

**Owner Address:** 69, Boulevard de la Petrusse
L-2320 Luxembourg
LUXEMBOURG

**Legal Entity Type:** Societe anonyme | **State or Country Where Organized:** LUXEMBOURG

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Danny M. Awdeh | **Docket Number:** 15970-0012-0

**Attorney Primary Email Address:** docketupdates@finnegan.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Danny M. Awdeh
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DISTRICT OF COLUMBIA United States 20001

**Phone:** 202-408-4000 | **Fax:** 202-408-4400

**Correspondent e-mail:** docketupdates@finnegan.com laura.echols@finnegan.com | **Correspondent e-mail Authorized:** Yes

**Domestic Representative**

**&nbspDomestic Representative Name:** Danny M. Awdeh | **Phone:** 202-408-4000

**&nbspDomestic Representative e-mail:** docketing@finnegan.com | **&nbspDomestic Representative e-mail Authorized:** Yes

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 01, 2025 | COURTESY REMINDER - SEC. 71 (10-YR) E-MAILED | |
| Aug. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 17, 2023 | NOTICE OF ACCEPTANCE OF SEC. 71 - E-MAILED | |
| Jun. 17, 2023 | REGISTERED-SEC.71 ACCEPTED | |
| Jun. 16, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 30, 2022 | TEAS SECTION 71 RECEIVED | |
| Nov. 30, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 30, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |

| | |
|---|---|
| Nov. 30, 2022 | TEAS WITHDRAWAL AS DOMESTIC REPRESENTATIVE RECEIVED |
| Nov. 30, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Nov. 30, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Nov. 30, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| May 31, 2021 | COURTESY REMINDER - SEC. 71 (6-YR) E-MAILED |
| May 12, 2020 | NEW REPRESENTATIVE AT IB RECEIVED |
| Mar. 29, 2018 | INTERNATIONAL REGISTRATION RENEWED |
| Apr. 14, 2017 | FINAL DECISION TRANSACTION PROCESSED BY IB |
| Mar. 24, 2017 | TOTAL INVALIDATION PROCESSED BY THE IB |
| Nov. 30, 2016 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Nov. 30, 2016 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 01, 2016 | FINAL DISPOSITION NOTICE SENT TO IB |
| Sep. 01, 2016 | FINAL DISPOSITION PROCESSED |
| Aug. 31, 2016 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB |
| May 31, 2016 | REGISTERED-PRINCIPAL REGISTER |
| Mar. 15, 2016 | PUBLISHED FOR OPPOSITION |
| Mar. 11, 2016 | NOTIFICATION PROCESSED BY IB |
| Feb. 24, 2016 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB |
| Feb. 24, 2016 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB |
| Feb. 24, 2016 | NOTICE OF PUBLICATION |
| Feb. 05, 2016 | EXAMINERS AMENDMENT MAILED |
| Feb. 04, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Feb. 04, 2016 | EXAMINER'S AMENDMENT ENTERED |
| Feb. 04, 2016 | EXAMINERS AMENDMENT -WRITTEN |
| Feb. 03, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Feb. 02, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Feb. 02, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 28, 2015 | REFUSAL PROCESSED BY IB |
| Aug. 04, 2015 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| Aug. 04, 2015 | REFUSAL PROCESSED BY MPU |
| Aug. 04, 2015 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Aug. 03, 2015 | NON-FINAL ACTION WRITTEN |
| Aug. 01, 2015 | ASSIGNED TO EXAMINER |
| Jul. 03, 2015 | APPLICATION FILING RECEIPT MAILED |
| Jun. 29, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 26, 2015 | LIMITATION FROM ORIGINAL APPLICATION ENTERED |
| Jun. 25, 2015 | SN ASSIGNED FOR SECT 66A SUBSEQ DESIG FROM IB |

# International Registration Information (Section 66a)

**International Registration Number:** 0958482

**International Registration Date:** Mar. 11, 2008

**Intl. Registration Status:** REQUEST FOR EXTENSION OF PROTECTION PROCESSED

**Date of International Registration Status:** Jun. 25, 2015

**Notification of Designation Date:** Jun. 25, 2015

**Date of Automatic Protection:** Dec. 25, 2016

**International Registration Renewal Date:** Mar. 11, 2028

**First Refusal Flag:** Yes

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE **Date in Location:** Jun. 17, 2023

# Proceedings

**Summary**

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91243369 **Filing Date:** Aug 31, 2018

**Status:** Terminated **Status Date:** Aug 21, 2019

**Interlocutory Attorney:** MARY B MYLES

**Defendant**

**Name:** AS-SALAAM FOODS LLC

**Correspondent Address:** ALEXANDER ALMONTE
119 WASHINGTON AVE STE 101
ALBANY NY UNITED STATES , 12210

**Correspondent e-mail:** alcoinc2@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ALBAIK HAND SLAUGHTERED ZABIHA HALAL | | 87618538 | |

**Plaintiff(s)**

**Name:** El Baik Food Systems Company

**Correspondent Address:** JAMAICA SZELIGA
SEYFARTH SHAW LLP
975 F STREET NW
WASHINGTON DC UNITED STATES , 20004

**Correspondent e-mail:** jdiblassio@seyfarth.com , jszeliga@seyfarth.com , ttabdocket@seyfarth.com , rterzoli@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 79167870 | 4966838 |
| ALBAIK | | 79167871 | 4966839 |
| ALBAIK | | 79170340 | 5010061 |
| | | 79173471 | 5188729 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 8 | TERMINATED | Aug 21, 2019 | |
| 7 | BD DECISION: OPP SUSTAINED | Aug 21, 2019 | |
| 6 | NOTICE OF DEFAULT | Jul 11, 2019 | |
| 5 | EXTENSION OF TIME GRANTED | Nov 27, 2018 | |
| 4 | D MOT FOR EXT W/O CONSENT | Oct 10, 2018 | |
| 3 | PENDING, INSTITUTED | Aug 31, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 31, 2018 | Oct 10, 2018 |
| 1 | FILED AND FEE | Aug 31, 2018 | |

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,966,839**

**Registered May 31, 2016**

**Int. Cls.: 29 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

EL BAIK FOOD SYSTEMS COMPANY S.A. (LUXEMBOURG SOCIÉTÉ ANONYME)
69, BOULEVARD DE LA PÉTRUSSE
L-2320 LUXEMBOURG
LUXEMBOURG

FOR: MEAT, PRESERVED AND DRIED FISH, CANNED FISH, FISH FILLETS, FROZEN FISH, AND POULTRY; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; EDIBLE OILS AND FATS; JELLIES, JAMS; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT, IN CLASS 29 (U.S. CL. 46).

FOR: RESTAURANT SERVICES, NAMELY, PROVIDING OF FOOD AND BEVERAGES FOR CONSUMPTION ON AND OFF THE PREMISES, IN CLASS 43 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF THE STYLIZED WORDING "ALBAIK" IN RED.

OWNER OF INTERNATIONAL REGISTRATION 0961172 DATED 3-11-2008, EXPIRES 3-11-2018.

THE COLOR(S) RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE ENGLISH TRANSLATION OF THE WORK "ALBAIK" IN THE MARK IS A TITLE GIVEN TO A GENTLEMEN OF A CERTAIN STATURE EQUIVALENT TO "SIR" OR "BARON".

SER. NO. 79-167,871, FILED 4-22-2015.

CHRISIE B. KING, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2025-07-30 09:35:49 EDT

**Mark:** ALBAIK

**US Serial Number:** 79167871

**Application Filing Date:** Apr. 22, 2015

**US Registration Number:** 4966839

**Registration Date:** May 31, 2016

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 71 declaration has been accepted.

**Status Date:** Jun. 17, 2023

**Publication Date:** Mar. 15, 2016

# Mark Information

**Mark Literal Elements:** ALBAIK

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM

**Description of Mark:** The mark consists of the stylized wording "ALBAIK" in red.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) red is/are claimed as a feature of the mark.

**Translation:** The English translation of the work "ALBAIK" in the mark is a title given to a gentlemen of a certain stature equivalent to "Sir" or "Baron".

# Related Properties Information

**International Registration Number:** 0961172

**International Registration Date:** Mar. 11, 2008

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Meat, preserved and dried fish, canned fish, fish fillets, frozen fish, and poultry; preserved, dried and cooked fruits and vegetables; edible oils and fats; jellies, jams; eggs, milk and milk products excluding ice cream, ice milk and frozen yogurt

**International Class(es):** 029 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Restaurant services, namely, providing of food and beverages for consumption on and off the premises

**International Class(es):** 043 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** EL BAIK FOOD SYSTEMS Company S.A.

**Owner Address:** 69, Boulevard de la Petrusse
L-2320 Luxembourg
LUXEMBOURG

**Legal Entity Type:** Societe anonyme

**State or Country Where Organized:** LUXEMBOURG

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Danny M. Awdeh

**Docket Number:** 15970-0013-0

**Attorney Primary Email Address:** docketupdates@finnegan.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Danny M. Awdeh
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DISTRICT OF COLUMBIA United States 20001

**Phone:** 202-408-4000

**Fax:** 202-408-4400

**Correspondent e-mail:** docketupdates@finnegan.com laura.echols@finnegan.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative**

**&nbspDomestic Representative Name:** Danny M. Awdeh

**Phone:** 202-408-4000

**&nbspDomestic Representative e-mail:** docketing@finnegan.com

**&nbspDomestic Representative e-mail Authorized:** Yes

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 01, 2025 | COURTESY REMINDER - SEC. 71 (10-YR) E-MAILED | |
| Aug. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 17, 2023 | NOTICE OF ACCEPTANCE OF SEC. 71 - E-MAILED | |
| Jun. 17, 2023 | REGISTERED-SEC.71 ACCEPTED | |
| Jun. 16, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 30, 2022 | TEAS SECTION 71 RECEIVED | |
| Nov. 30, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 30, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 30, 2022 | TEAS WITHDRAWAL AS DOMESTIC REPRESENTATIVE RECEIVED | |
| Nov. 30, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 30, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| | |
|---|---|
| Nov. 30, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| May 31, 2021 | COURTESY REMINDER - SEC. 71 (6-YR) E-MAILED |
| May 12, 2020 | NEW REPRESENTATIVE AT IB RECEIVED |
| Mar. 29, 2018 | INTERNATIONAL REGISTRATION RENEWED |
| Apr. 21, 2017 | FINAL DECISION TRANSACTION PROCESSED BY IB |
| Apr. 14, 2017 | TOTAL INVALIDATION PROCESSED BY THE IB |
| Nov. 30, 2016 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Nov. 30, 2016 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 01, 2016 | FINAL DISPOSITION NOTICE SENT TO IB |
| Sep. 01, 2016 | FINAL DISPOSITION PROCESSED |
| Aug. 31, 2016 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB |
| May 31, 2016 | REGISTERED-PRINCIPAL REGISTER |
| Mar. 15, 2016 | PUBLISHED FOR OPPOSITION |
| Mar. 11, 2016 | NOTIFICATION PROCESSED BY IB |
| Feb. 24, 2016 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB |
| Feb. 24, 2016 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB |
| Feb. 24, 2016 | NOTICE OF PUBLICATION |
| Feb. 04, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Feb. 03, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Feb. 02, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Feb. 02, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 28, 2015 | REFUSAL PROCESSED BY IB |
| Aug. 04, 2015 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| Aug. 04, 2015 | REFUSAL PROCESSED BY MPU |
| Aug. 04, 2015 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Aug. 03, 2015 | NON-FINAL ACTION WRITTEN |
| Aug. 01, 2015 | ASSIGNED TO EXAMINER |
| Jul. 03, 2015 | APPLICATION FILING RECEIPT MAILED |
| Jun. 29, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 26, 2015 | LIMITATION FROM ORIGINAL APPLICATION ENTERED |
| Jun. 25, 2015 | SN ASSIGNED FOR SECT 66A SUBSEQ DESIG FROM IB |

# International Registration Information (Section 66a)

**International Registration Number:** 0961172

**International Registration Date:** Mar. 11, 2008

**Intl. Registration Status:** REQUEST FOR EXTENSION OF PROTECTION PROCESSED

**Date of International Registration Status:** Jun. 25, 2015

**Notification of Designation Date:** Jun. 25, 2015

**Date of Automatic Protection:** Dec. 25, 2016

**International Registration Renewal Date:** Mar. 11, 2028

**First Refusal Flag:** Yes

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Jun. 17, 2023

# Proceedings

**Summary**

**Number of Proceedings:** 1

## Type of Proceeding: Opposition

**Proceeding Number:** 91243369
**Filing Date:** Aug 31, 2018

**Status:** Terminated
**Status Date:** Aug 21, 2019

**Interlocutory Attorney:** MARY B MYLES

### Defendant

**Name:** AS-SALAAM FOODS LLC

**Correspondent Address:** ALEXANDER ALMONTE
119 WASHINGTON AVE STE 101
ALBANY NY UNITED STATES , 12210

**Correspondent e-mail:** alcoinc2@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ALBAIK HAND SLAUGHTERED ZABIHA HALAL | | 87618538 | |

### Plaintiff(s)

**Name:** El Baik Food Systems Company

**Correspondent Address:** JAMAICA SZELIGA
SEYFARTH SHAW LLP
975 F STREET NW
WASHINGTON DC UNITED STATES , 20004

**Correspondent e-mail:** jdiblassio@seyfarth.com , jszeliga@seyfarth.com , ttabdocket@seyfarth.com , rterzoli@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 79167870 | 4966838 |
| ALBAIK | | 79167871 | 4966839 |
| ALBAIK | | 79170340 | 5010061 |
| | | 79173471 | 5188729 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 8 | TERMINATED | Aug 21, 2019 | |
| 7 | BD DECISION: OPP SUSTAINED | Aug 21, 2019 | |
| 6 | NOTICE OF DEFAULT | Jul 11, 2019 | |
| 5 | EXTENSION OF TIME GRANTED | Nov 27, 2018 | |
| 4 | D MOT FOR EXT W/O CONSENT | Oct 10, 2018 | |
| 3 | PENDING, INSTITUTED | Aug 31, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 31, 2018 | Oct 10, 2018 |
| 1 | FILED AND FEE | Aug 31, 2018 | |

# United States of America
## United States Patent and Trademark Office

**Reg. No. 5,188,729**

**Registered Apr. 25, 2017**

**Int. Cl.: 29, 43**

**Service Mark**

**Trademark**

**Principal Register**

EL BAIK FOOD SYSTEMS Company S.A. (LUXEMBOURG société anonyme (sa) )
69, Boulevard de la Pétrusse
L-2320 Luxembourg LUXEMBOURG

CLASS 29: Meat; fish, not live; poultry and game; preserved, dried and cooked fruits and vegetables; edible oils and fats

CLASS 43: Services for providing food and drink

The color(s) red, yellow and white is/are claimed as a feature of the mark.

The mark consists of a red and white chick clothed in red wearing a red top hat with a yellow band and a red bowtie. The chick head appears inside a shaded yellow and white circle outlined in red and partially formed by Arabic wording that transliterates to "EL BAIK" in red and a smaller design of a red and yellow top hat above the Arabic wording.

OWNER OF INTERNATIONAL REGISTRATION 0952374 DATED 09-17-2007, EXPIRES 09-17-2017

The non-Latin characters in the mark transliterate to "EL BAIK" and this means "SIR" or "BARON" in English.

SER. NO. 79-173,471, FILED 08-05-2015
ROBERT J STRUCK, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2025-07-30 12:49:37 EDT

**Mark:**

**US Serial Number:** 79173471

**Application Filing Date:** Aug. 05, 2015

**US Registration Number:** 5188729

**Registration Date:** Apr. 25, 2017

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 71 declaration has been accepted.

**Status Date:** Jul. 03, 2024

**Publication Date:** Feb. 07, 2017

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a red and white chick clothed in red wearing a red top hat with a yellow band and a red bowtie. The chick head appears inside a shaded yellow and white circle outlined in red and partially formed by Arabic wording that transliterates to "EL BAIK" in red and a smaller design of a red and yellow top hat above the Arabic wording.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) red, yellow and white is/are claimed as a feature of the mark.

**Transliteration:** The non-Latin characters in the mark transliterate to "EL BAIK" and this means "SIR" or "BARON" in English.

**Design Search Code(s):**
03.15.03 - Chickens; Chicks; Hens; Roosters
03.15.24 - Stylized birds
03.15.26 - Costumed birds and those with human attributes
09.03.01 - Blazers; Coats; Fur coats; Jackets; Parkas; Ponchos; Rain coats; Shawls; Vests, clothing
09.03.15 - Bow ties; Neckties; Ties, neckties or bow ties
09.05.02 - Top hats
26.01.21 - Circles that are totally or partially shaded.

## Related Properties Information

**International Registration Number:** 0952374

**International Registration Date:** Sep. 17, 2007

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Meat; [ fish, not live; ] poultry; [and game; preserved, dried and ] cooked [fruits and ] vegetables [ ; edible oils and fats ]

**International Class(es):** 029 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Services for providing food and drink

**International Class(es):** 043 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** Yes

**Currently 66A:** Yes

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** EL BAIK FOOD SYSTEMS Company S.A.

**Owner Address:** 69, Boulevard de la Petrusse
Luxembourg LUXEMBOURG L-2320

**Legal Entity Type:** societe anonyme (sa)

**State or Country Where Organized:** LUXEMBOURG

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Danny M. Awdeh

**Docket Number:** 15970-0008-0

**Attorney Primary Email Address:** docketing@finnegan.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Danny M. Awdeh
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DISTRICT OF COLUMBIA UNITED STATES 20001

**Phone:** 202-408-4000

**Fax:** 202-408-4400

**Correspondent e-mail:** docketing@finnegan.com laura.echols@finnegan.com teas-filing-receipts@finnegan.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 20, 2025 | PARTIAL INVALIDATION PROCESSED BY THE IB | |
| May 19, 2025 | PARTIAL INVALIDATION OF REG EXT PROTECTION SENT TO IB | |
| May 19, 2025 | INVALIDATION PROCESSED | 70029 |
| Mar. 03, 2025 | PARTIAL INVALIDATION OF REG EXT PROTECTION CREATED | |
| Jul. 03, 2024 | NOTICE OF ACCEPTANCE OF SEC. 71 - E-MAILED | |
| Jul. 03, 2024 | REGISTERED-SEC.71 ACCEPTED | |
| Jul. 02, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Oct. 25, 2023 | TEAS SECTION 71 RECEIVED | |

| | |
|---|---|
| Aug. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Aug. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Aug. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Nov. 30, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Nov. 30, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Nov. 30, 2022 | TEAS WITHDRAWAL AS DOMESTIC REPRESENTATIVE RECEIVED |
| Nov. 30, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Nov. 30, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Nov. 30, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Apr. 25, 2022 | COURTESY REMINDER - SEC. 71 (6-YR) E-MAILED |
| May 12, 2020 | NEW REPRESENTATIVE AT IB RECEIVED |
| Oct. 06, 2017 | NOTIFICATION PROCESSED BY IB |
| Oct. 05, 2017 | INTERNATIONAL REGISTRATION RENEWED |
| Sep. 15, 2017 | FINAL DECISION TRANSACTION PROCESSED BY IB |
| Jul. 28, 2017 | FINAL DISPOSITION NOTICE SENT TO IB |
| Jul. 28, 2017 | FINAL DISPOSITION PROCESSED |
| Jul. 25, 2017 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB |
| Jun. 09, 2017 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB |
| Jun. 02, 2017 | TOTAL INVALIDATION PROCESSED BY THE IB |
| Apr. 25, 2017 | REGISTERED-PRINCIPAL REGISTER |
| Mar. 01, 2017 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB |
| Mar. 01, 2017 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB |
| Feb. 07, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Feb. 07, 2017 | PUBLISHED FOR OPPOSITION |
| Jan. 18, 2017 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB |
| Jan. 18, 2017 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB |
| Jan. 18, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Jan. 03, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Dec. 27, 2016 | ASSIGNED TO LIE |
| Dec. 08, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Dec. 01, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Dec. 01, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Dec. 01, 2016 | TEAS REQUEST FOR RECONSIDERATION RECEIVED |
| Nov. 30, 2016 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Nov. 30, 2016 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jun. 03, 2016 | FINAL REFUSAL MAILED |
| Jun. 02, 2016 | FINAL REFUSAL WRITTEN |
| May 11, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| May 11, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| May 11, 2016 | ASSIGNED TO LIE |
| Apr. 28, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Dec. 18, 2015 | REFUSAL PROCESSED BY IB |
| Nov. 25, 2015 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| Nov. 25, 2015 | REFUSAL PROCESSED BY MPU |
| Nov. 24, 2015 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Nov. 23, 2015 | NON-FINAL ACTION WRITTEN |
| Nov. 17, 2015 | ASSIGNED TO EXAMINER |
| Oct. 09, 2015 | APPLICATION FILING RECEIPT MAILED |
| Oct. 05, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Oct. 01, 2015 | SN ASSIGNED FOR SECT 66A SUBSEQ DESIG FROM IB |

# International Registration Information (Section 66a)

**International Registration Number:** 0952374

**International Registration Date:** Sep. 17, 2007

**Intl. Registration Status:** REQUEST FOR EXTENSION OF PROTECTION PROCESSED

**Date of International Registration Status:** Oct. 01, 2015

**Notification of Designation Date:** Oct. 01, 2015

**Date of Automatic Protection:** Apr. 01, 2017

**International Registration Renewal Date:** Sep. 17, 2027

**First Refusal Flag:** Yes

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Historical data usage

**Date in Location:** Jul. 03, 2024

# Proceedings

**Summary**

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91243369

**Filing Date:** Aug 31, 2018

**Status:** Terminated

**Status Date:** Aug 21, 2019

**Interlocutory Attorney:** MARY B MYLES

**Defendant**

**Name:** AS-SALAAM FOODS LLC

**Correspondent Address:** ALEXANDER ALMONTE
119 WASHINGTON AVE STE 101
ALBANY NY UNITED STATES , 12210

**Correspondent e-mail:** alcoinc2@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ALBAIK HAND SLAUGHTERED ZABIHA HALAL | | 87618538 | |

**Plaintiff(s)**

**Name:** El Baik Food Systems Company

**Correspondent Address:** JAMAICA SZELIGA
SEYFARTH SHAW LLP
975 F STREET NW
WASHINGTON DC UNITED STATES , 20004

**Correspondent e-mail:** jdiblassio@seyfarth.com , jszeliga@seyfarth.com , ttabdocket@seyfarth.com , rterzoli@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 79167870 | 4966838 |
| ALBAIK | | 79167871 | 4966839 |
| ALBAIK | | 79170340 | 5010061 |
| | | 79173471 | 5188729 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 8 | TERMINATED | Aug 21, 2019 | |
| 7 | BD DECISION: OPP SUSTAINED | Aug 21, 2019 | |

| | | | |
|---|---|---|---|
| 6 | NOTICE OF DEFAULT | Jul 11, 2019 | |
| 5 | EXTENSION OF TIME GRANTED | Nov 27, 2018 | |
| 4 | D MOT FOR EXT W/O CONSENT | Oct 10, 2018 | |
| 3 | PENDING, INSTITUTED | Aug 31, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 31, 2018 | Oct 10, 2018 |
| 1 | FILED AND FEE | Aug 31, 2018 | |

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,431,551**

**Registered Jul. 02, 2024**

**Int. Cl.: 29, 30, 43**

**Service Mark**

**Trademark**

**Principal Register**

El Baik Food Systems Co S.A. (LUXEMBOURG SOCIÉTÉ ANONYME (SA))
Boulevard de la Pétrusse 69
Luxembourg, LUXEMBOURG 2320

CLASS 29: Meat, poultry, and processed fish; chicken; roasted chicken; fried chicken; chicken croquettes; chicken fillet nuggets; fish fillets; cooked shrimp; coleslaw; French fries; hummus; combination meals consisting primarily of a meat, chicken, fish, or shrimp-based entrée, and a bun, French fries, salad, corn on the cob, hummus, and/or sauce; cheese; edible fat; edible oils; eggs; olive oil for food; palm oil for food; vegetable salads; yogurt; maize oil for food; corn oil for food

CLASS 30: Chicken sandwiches; chicken fillet sandwiches; chicken wrap sandwiches; sauces for chicken; sauces for fish; fish sandwiches; shrimp sandwiches; sandwiches; prepared corn on the cob; sauces; cocktail sauces; garlic-based sauces; buns; ice cream

CLASS 43: Providing food and drink; restaurant services, namely, providing of food and beverage for consumption on and off the premises; catering services and mobile catering services; eat-in and take-out food restaurant services

The color(s) red, orange and yellow is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO. 1473143, FILED 11-07-2022, REG. NO. 1473143, DATED 11-08-2022, EXPIRES 11-07-2032

The mark consists of the red, stylized word "ALBAIK", above which is an orange hand touching a yellow top hat.

OWNER OF U.S. REG. NO. 4966837, 5010061, 4966839

The English translation of "ALBAIK" in the mark is "sir" or "baron".

SER. NO. 97-667,903, FILED 11-08-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2025-07-30 12:49:49 EDT

**Mark:** ALBAIK

**US Serial Number:** 97667903

**Application Filing Date:** Nov. 08, 2022

**US Registration Number:** 7431551

**Registration Date:** Jul. 02, 2024

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 02, 2024

**Publication Date:** Apr. 16, 2024

# Mark Information

**Mark Literal Elements:** ALBAIK

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the red, stylized word "ALBAIK", above which is an orange hand touching a yellow top hat.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) red, orange and yellow is/are claimed as a feature of the mark.

**Translation:** The English translation of "ALBAIK" in the mark is "sir" or "baron".

**Design Search Code(s):** 02.11.07 - Arms; Fingers; Hands; Human hands, fingers, arms
09.05.02 - Top hats

# Related Properties Information

**Claimed Ownership of US Registrations:** 4966837, 4966839, 5010061 and others

# Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 1473143

**Foreign Application Filing Date:** Nov. 07, 2022

**Foreign Registration Number:** 1473143

**Foreign Registration Date:** Nov. 08, 2022

**Foreign** BENELUX

**Foreign Expiration** Nov. 07, 2032

**Application/Registration Country:** **Date:**

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Meat, poultry, and processed fish; chicken; roasted chicken; fried chicken; chicken croquettes; chicken fillet nuggets; fish fillets; cooked shrimp; coleslaw; French fries; hummus; combination meals consisting primarily of a meat, chicken, fish, or shrimp-based entree, and a bun, French fries, salad, corn on the cob, hummus, and/or sauce; cheese; edible fat; edible oils; eggs; olive oil for food; palm oil for food; vegetable salads; yogurt; maize oil for food; corn oil for food

**International Class(es):** 029 - Primary Class **U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Chicken sandwiches; chicken fillet sandwiches; chicken wrap sandwiches; sauces for chicken; sauces for fish; fish sandwiches; shrimp sandwiches; sandwiches; prepared corn on the cob; sauces; cocktail sauces; garlic-based sauces; buns; ice cream

**International Class(es):** 030 - Primary Class **U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Providing food and drink; restaurant services, namely, providing of food and beverage for consumption on and off the premises; catering services and mobile catering services; eat-in and take-out food restaurant services

**International Class(es):** 043 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | Yes | **Currently 44E:** | Yes |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** El Baik Food Systems Co S.A.

**Owner Address:** Boulevard de la Petrusse 69
Luxembourg LUXEMBOURG 2320

**Legal Entity Type:** SOCIETE ANONYME (SA) **State or Country Where Organized:** LUXEMBOURG

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Danny M. Awdeh **Docket Number:** 15970.0005-0

**Attorney Primary Email Address:** docketing@finnegan.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Danny M. Awdeh
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LL
901 New York Avenue, NW
Washington, DISTRICT OF COLUMBIA United States 20001

**Phone:** 202-408-4000 **Fax:** 202-408-4400

**Correspondent e-mail:** docketing@finnegan.com laura.echols@finnegan.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 02, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jul. 02, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 16, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 16, 2024 | PUBLISHED FOR OPPOSITION | |
| Mar. 27, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 08, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 15, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 15, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 21, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Nov. 21, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Aug. 25, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Aug. 25, 2023 | NON-FINAL ACTION E-MAILED | |
| Aug. 25, 2023 | NON-FINAL ACTION WRITTEN | |
| Aug. 22, 2023 | ASSIGNED TO EXAMINER | |
| Aug. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 29, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Nov. 28, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 11, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA) **Date in Location:** Jul. 02, 2024

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,431,552**

**Registered Jul. 02, 2024**

**Int. Cl.: 29, 30, 43**

**Service Mark**

**Trademark**

**Principal Register**

El Baik Food Systems Co S.A. (LUXEMBOURG SOCIÉTÉ ANONYME (SA))
Boulevard de la Pétrusse 69
Luxembourg, LUXEMBOURG 2320

CLASS 29: Meat, poultry, and processed fish; chicken; roasted chicken; fried chicken; chicken croquettes; chicken fillet nuggets; fish fillets; cooked shrimp; coleslaw; French fries; hummus; combination meals consisting primarily of a meat, chicken, fish, or shrimp-based entrée, and a bun, French fries, salad, corn on the cob, hummus, and/or sauce; cheese; edible fat; edible oils; eggs; olive oil for food; palm oil for food; vegetable salads; yogurt; maize oil for food; corn oil for food

CLASS 30: Chicken sandwiches; chicken fillet sandwiches; chicken wrap sandwiches; sauces for chicken; sauces for fish; fish sandwiches; shrimp sandwiches; sandwiches; prepared corn on the cob; sauces; cocktail sauces; garlic-based sauces; buns; ice cream

CLASS 43: Providing food and drink; restaurant services, namely, providing of food and beverage for consumption on and off the premises; catering services and mobile catering services; eat-in and take-out food restaurant services

The color(s) red, orange and yellow is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO. 1473145, FILED 11-07-2022, REG. NO. 1473145, DATED 11-08-2022, EXPIRES 11-07-2032

The mark consists of red, non-Latin Arabic characters, above which is an orange hand touching a yellow top hat.

OWNER OF U.S. REG. NO. 4966838, 4966837, 5010061

The non-Latin characters in the mark transliterate to "AL BAIK" and this means "sir" or "baron" in English.

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2025-07-30 12:50:03 EDT

**Mark:**

**US Serial Number:** 97667936

**Application Filing Date:** Nov. 08, 2022

**US Registration Number:** 7431552

**Registration Date:** Jul. 02, 2024

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 02, 2024

**Publication Date:** Apr. 16, 2024

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of red, non-Latin Arabic characters, above which is an orange hand touching a yellow top hat.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) red, orange and yellow is/are claimed as a feature of the mark.

**Transliteration:** The non-Latin characters in the mark transliterate to "AL BAIK" and this means "sir" or "baron" in English.

**Design Search Code(s):** 02.11.07 - Arms; Fingers; Hands; Human hands, fingers, arms
09.05.02 - Top hats
28.01.01 - Arabic characters; Inscriptions in Arabic characters

# Related Properties Information

**Claimed Ownership of US Registrations:** 4966837, 4966838, 5010061 and others

# Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 1473145

**Foreign Application Filing Date:** Nov. 07, 2022

**Foreign Registration Number:** 1473145

**Foreign Registration Date:** Nov. 08, 2022

**Foreign Application/Registration Country:** BENELUX

**Foreign Expiration Date:** Nov. 07, 2032

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Meat, poultry, and processed fish; chicken; roasted chicken; fried chicken; chicken croquettes; chicken fillet nuggets; fish fillets; cooked shrimp; coleslaw; French fries; hummus; combination meals consisting primarily of a meat, chicken, fish, or shrimp-based entree, and a bun, French fries, salad, corn on the cob, hummus, and/or sauce; cheese; edible fat; edible oils; eggs; olive oil for food; palm oil for food; vegetable salads; yogurt; maize oil for food; corn oil for food

**International Class(es):** 029 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Chicken sandwiches; chicken fillet sandwiches; chicken wrap sandwiches; sauces for chicken; sauces for fish; fish sandwiches; shrimp sandwiches; sandwiches; prepared corn on the cob; sauces; cocktail sauces; garlic-based sauces; buns; ice cream

**International Class(es):** 030 - Primary Class

**U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Providing food and drink; restaurant services, namely, providing of food and beverage for consumption on and off the premises; catering services and mobile catering services; eat-in and take-out food restaurant services

**International Class(es):** 043 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | Yes | **Currently 44E:** | Yes |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** El Baik Food Systems Co S.A.

**Owner Address:** Boulevard de la Petrusse 69
Luxembourg LUXEMBOURG 2320

**Legal Entity Type:** SOCIETE ANONYME (SA)

**State or Country Where Organized:** LUXEMBOURG

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Danny M. Awdeh

**Docket Number:** 15970.0006-0

**Attorney Primary Email Address:** docketing@finnegan.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Danny M. Awdeh
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LL
901 New York Avenue, NW
Washington, DISTRICT OF COLUMBIA United States 20001

**Phone:** 202-408-4000

**Fax:** 202-408-4400

**Correspondent e-mail:** docketing@finnegan.com laura.echols@finnegan.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 02, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jul. 02, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 16, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 16, 2024 | PUBLISHED FOR OPPOSITION | |
| Mar. 27, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 08, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 15, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 15, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 21, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Nov. 21, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Aug. 25, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Aug. 25, 2023 | NON-FINAL ACTION E-MAILED | |
| Aug. 25, 2023 | NON-FINAL ACTION WRITTEN | |
| Aug. 22, 2023 | ASSIGNED TO EXAMINER | |
| Aug. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 29, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Nov. 28, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 11, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA) **Date in Location:** Jul. 02, 2024

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,806,073**

**Registered May 27, 2025**

**Int. Cl.: 29, 30, 43**

**Service Mark**

**Trademark**

**Principal Register**

El Baik Food Systems Co S.A. (LUXEMBOURG SOCIÉTÉ ANONYME (SA))
Boulevard de la Pétrusse 69
Luxembourg, LUXEMBOURG 2320

CLASS 29: Meat, poultry, and processed fish; chicken; roasted chicken; fried chicken; chicken croquettes; chicken fillet nuggets; fish fillets; cooked shrimp; coleslaw; French fries; hummus; combination meals consisting primarily of a meat, chicken, fish, or shrimp-based entrée, and a bun, French fries, salad, corn on the cob, hummus, and/or sauce; cheese; edible fat; edible oils; eggs; olive oil for food; palm oil for food; vegetable salads; yogurt; maize oil for food; corn oil for food

CLASS 30: Chicken sandwiches; chicken fillet sandwiches; chicken wrap sandwiches; sauces for chicken; sauces for fish; fish sandwiches; shrimp sandwiches; sandwiches; prepared corn on the cob; sauces; cocktail sauces; garlic-based sauces; buns; ice cream

CLASS 43: Providing food and drink; restaurant services, namely, providing of food and beverage for consumption on and off the premises; catering services and mobile catering services; eat-in and take-out food restaurant services

The color(s) red and yellow is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO. 1482657, FILED 04-19-2023, REG. NO. 1482657, DATED 07-01-2023, EXPIRES 04-19-2033

The mark consists of the word "EL BAIK" in the color yellow with a yellow and red top hat over the letter "I", with all the foregoing appearing against a red background.

The English translation of "EL BAIK" in the mark is "Sir" or "Baron".

SER. NO. 97-910,998, FILED 04-27-2023

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2025-07-30 12:50:15 EDT

**Mark:** ELBAIK

**US Serial Number:** 97910998

**Application Filing Date:** Apr. 27, 2023

**US Registration Number:** 7806073

**Registration Date:** May 27, 2025

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 27, 2025

**Publication Date:** Oct. 01, 2024

## Mark Information

**Mark Literal Elements:** ELBAIK

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the word "EL BAIK" in the color yellow with a yellow and red top hat over the letter "I", with all the foregoing appearing against a red background.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) red and yellow is/are claimed as a feature of the mark.

**Translation:** The English translation of "EL BAIK" in the mark is "Sir" or "Baron".

**Design Search Code(s):** 09.05.02 - Top hats
29.01.07 - Inconspicuous designs functioning as punctuation or parts of letters; Small, inconspicuous design elements functioning as punctuation or parts of letters

## Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 1482657

**Foreign Application Filing Date:** Apr. 19, 2023

**Foreign Registration Number:** 1482657

**Foreign Registration Date:** Jul. 01, 2023

**Foreign Application/Registration Country:** BENELUX

**Foreign Expiration Date:** Apr. 19, 2033

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Meat, poultry, and processed fish; chicken; roasted chicken; fried chicken; chicken croquettes; chicken fillet nuggets; fish fillets; cooked shrimp; coleslaw; French fries; hummus; combination meals consisting primarily of a meat, chicken, fish, or shrimp-based entree, and a bun, French fries, salad, corn on the cob, hummus, and/or sauce; cheese; edible fat; edible oils; eggs; olive oil for food; palm oil for food; vegetable salads; yogurt; maize oil for food; corn oil for food

**International Class(es):** 029 - Primary Class  **U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Chicken sandwiches; chicken fillet sandwiches; chicken wrap sandwiches; sauces for chicken; sauces for fish; fish sandwiches; shrimp sandwiches; sandwiches; prepared corn on the cob; sauces; cocktail sauces; garlic-based sauces; buns; ice cream

**International Class(es):** 030 - Primary Class  **U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Providing food and drink; restaurant services, namely, providing of food and beverage for consumption on and off the premises; catering services and mobile catering services; eat-in and take-out food restaurant services

**International Class(es):** 043 - Primary Class  **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | Yes |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** El Baik Food Systems Co S.A.

**Owner Address:** Boulevard de la Petrusse 69
Luxembourg LUXEMBOURG 2320

**Legal Entity Type:** SOCIETE ANONYME (SA)  **State or Country Where Organized:** LUXEMBOURG

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Danny M. Awdeh  **Docket Number:** 15970-0010-1

**Attorney Primary Email Address:** docketing@finnegan.com  **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Danny M. Awdeh
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LL
901 New York Avenue, NW
Washington, DISTRICT OF COLUMBIA United States 20001

**Phone:** 202-408-4000  **Fax:** 202-408-4400

**Correspondent e-mail:** docketing@finnegan.com laura.echols@finnegan.com  **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|

| | | |
|---|---|---|
| May 27, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 27, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| May 07, 2025 | 1(B) BASIS DELETED; PROCEED TO REGISTRATION | |
| May 07, 2025 | NOTICE OF ALLOWANCE CANCELLED | |
| Mar. 31, 2025 | TEAS DELETE 1(B) BASIS RECEIVED | |
| Nov. 26, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 01, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 01, 2024 | PUBLISHED FOR OPPOSITION | |
| Sep. 11, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 29, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 02, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 02, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 02, 2024 | ASSIGNED TO LIE | 96463 |
| Feb. 15, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 21, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Nov. 21, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Aug. 25, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Aug. 25, 2023 | NON-FINAL ACTION E-MAILED | |
| Aug. 25, 2023 | NON-FINAL ACTION WRITTEN | |
| Aug. 22, 2023 | ASSIGNED TO EXAMINER | |
| Aug. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 26, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 25, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 01, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** INTENT TO USE SECTION **Date in Location:** Nov. 26, 2024

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,806,074**

**Registered May 27, 2025**

**Int. Cl.: 29, 30, 43**

**Service Mark**

**Trademark**

**Principal Register**

El Baik Food Systems Co S.A. (LUXEMBOURG SOCIÉTÉ ANONYME (SA))
Boulevard de la Pétrusse 69
Luxembourg, LUXEMBOURG 2320

CLASS 29: Meat, poultry, and processed fish; chicken; roasted chicken; fried chicken; chicken croquettes; chicken fillet nuggets; fish fillets; cooked shrimp; coleslaw; French fries; hummus; combination meals consisting primarily of a meat, chicken, fish, or shrimp-based entrée, and a bun, French fries, salad, corn on the cob, hummus, and/or sauce; cheese; edible fat; edible oils; eggs; olive oil for food; palm oil for food; vegetable salads; yogurt; maize oil for food; corn oil for food

CLASS 30: Chicken sandwiches; chicken fillet sandwiches; chicken wrap sandwiches; sauces for chicken; sauces for fish; fish sandwiches; shrimp sandwiches; sandwiches; prepared corn on the cob; sauces; cocktail sauces; garlic-based sauces; buns; ice cream

CLASS 43: Providing food and drink; restaurant services, namely, providing of food and beverage for consumption on and off the premises; catering services and mobile catering services; eat-in and take-out food restaurant services

The color(s) yellow, red, and white is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO. 1482658, FILED 04-19-2023, REG. NO. 1482658, DATED 07-01-2023, EXPIRES 04-19-2033

The mark consists of the wording "AL BAIK" in red below non-Latin characters in red all to the left of a white chick clothed in red wearing a red top hat with a yellow band and a red bowtie. The Chick head appears inside a shaded yellow and white circle outlined in red and partially formed by non-Latin characters in red. A red top hat with a yellow band also appears above the letter "I" in "BAIK" and over each group of non-Latin characters. The color white appearing in the rest of the drawing represents background and is not part of the mark.

OWNER OF U.S. REG. NO. 5188729, 4966839

The English translation of "AL BAIK" in the mark is "SIR" or "BARON".

Acting Director of the United States Patent and Trademark Office

The sets of non-Latin characters in the mark both transliterate to "AL BAIK" and this means "SIR" or "BARON" in English.

SER. NO. 97-911,014, FILED 04-27-2023

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2025-07-30 12:50:28 EDT

**Mark:** ALBAIK

**US Serial Number:** 97911014

**Application Filing Date:** Apr. 27, 2023

**US Registration Number:** 7806074

**Registration Date:** May 27, 2025

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 27, 2025

**Publication Date:** Oct. 01, 2024

## Mark Information

**Mark Literal Elements:** ALBAIK

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the wording "AL BAIK" in red below non-Latin characters in red all to the left of a white chick clothed in red wearing a red top hat with a yellow band and a red bowtie. The Chick head appears inside a shaded yellow and white circle outlined in red and partially formed by non-Latin characters in red. A red top hat with a yellow band also appears above the letter "I" in "BAIK" and over each group of non-Latin characters. The color white appearing in the rest of the drawing represents background and is not part of the mark.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) yellow, red, and white is/are claimed as a feature of the mark.

**Translation:** The English translation of "AL BAIK" in the mark is "SIR" or "BARON".

**Transliteration:** The sets of non-Latin characters in the mark both transliterate to "AL BAIK" and this means "SIR" or "BARON" in English.

**Design Search Code(s):**
03.15.03 - Chickens; Chicks; Hens; Roosters
03.15.26 - Costumed birds and those with human attributes
09.03.15 - Bow ties; Neckties; Ties, neckties or bow ties
09.05.02 - Top hats
26.01.21 - Circles that are totally or partially shaded.
28.01.01 - Arabic characters; Inscriptions in Arabic characters
29.01.07 - Inconspicuous designs functioning as punctuation or parts of letters; Small, inconspicuous design elements functioning as punctuation or parts of letters

## Related Properties Information

**Claimed Ownership of US Registrations:** 4966839, 5188729

## Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 1482658

**Foreign Application Filing Date:** Apr. 19, 2023

**Foreign Registration Number:** 1482658 | **Foreign Registration Date:** Jul. 01, 2023

**Foreign Application/Registration Country:** BENELUX | **Foreign Expiration Date:** Apr. 19, 2033

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Meat, poultry, and processed fish; chicken; roasted chicken; fried chicken; chicken croquettes; chicken fillet nuggets; fish fillets; cooked shrimp; coleslaw; French fries; hummus; combination meals consisting primarily of a meat, chicken, fish, or shrimp-based entree, and a bun, French fries, salad, corn on the cob, hummus, and/or sauce; cheese; edible fat; edible oils; eggs; olive oil for food; palm oil for food; vegetable salads; yogurt; maize oil for food; corn oil for food

**International Class(es):** 029 - Primary Class | **U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Chicken sandwiches; chicken fillet sandwiches; chicken wrap sandwiches; sauces for chicken; sauces for fish; fish sandwiches; shrimp sandwiches; sandwiches; prepared corn on the cob; sauces; cocktail sauces; garlic-based sauces; buns; ice cream

**International Class(es):** 030 - Primary Class | **U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Providing food and drink; restaurant services, namely, providing of food and beverage for consumption on and off the premises; catering services and mobile catering services; eat-in and take-out food restaurant services

**International Class(es):** 043 - Primary Class | **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No |
| **Filed 44D:** Yes | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** Yes |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

# Current Owner(s) Information

**Owner Name:** El Baik Food Systems Co S.A.

**Owner Address:** Boulevard de la Petrusse 69
Luxembourg LUXEMBOURG 2320

**Legal Entity Type:** SOCIETE ANONYME (SA) | **State or Country Where Organized:** LUXEMBOURG

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Danny M. Awdeh | **Docket Number:** 15970-0009-1

**Attorney Primary Email Address:** docketing@finnegan.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Danny M. Awdeh
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LL
901 New York Avenue, NW
Washington, DISTRICT OF COLUMBIA United States 20001

**Phone:** 202-408-4000 **Fax:** 202-408-4400

**Correspondent e-mail:** docketing@finnegan.com laura.echols@finnegan.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 27, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 27, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| May 05, 2025 | 1(B) BASIS DELETED; PROCEED TO REGISTRATION | |
| May 05, 2025 | NOTICE OF ALLOWANCE CANCELLED | |
| Mar. 31, 2025 | TEAS DELETE 1(B) BASIS RECEIVED | |
| Nov. 26, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 01, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 01, 2024 | PUBLISHED FOR OPPOSITION | |
| Sep. 11, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 29, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 02, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 02, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 02, 2024 | ASSIGNED TO LIE | 96463 |
| Feb. 15, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 21, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Nov. 21, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Aug. 25, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Aug. 25, 2023 | NON-FINAL ACTION E-MAILED | |
| Aug. 25, 2023 | NON-FINAL ACTION WRITTEN | |
| Aug. 22, 2023 | ASSIGNED TO EXAMINER | |
| Aug. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 26, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 25, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 01, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** INTENT TO USE SECTION **Date in Location:** Nov. 26, 2024